UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.     CASE NO: 2:13-cr-22-FtM-29DNF

ALLAN A. KUEHNEMUND

**ORDER**

This matter comes before the Court on proceedings held before the undersigned on March 6, 2013. On this date, the Court held an initial appearance on revocation of supervised release after which Defendant was released from custody on a $50,000 signature bond with conditions. At the hearing, counsel for the Defendant requested a preliminary hearing on the probation violation to determine whether there is probable cause to believe a violation occurred pursuant to Fed. R. Crim. P. 32.1(a)(1). The Court indicated to Counsel that the Defendant was not entitled to a preliminary hearing, however, the Government when asked, stated to the contrary, the Defendant was entitled to such a hearing.

Upon review of the issue, the Court finds that Defendant is not entitled to a preliminary hearing as he is not being held in custody pending a final revocation hearing. See United States v. Cunningham, 150 F. App'x 994, 995-96 (11th Cir. Oct. 21, 2005). "Rule 32.1 applies only to those individuals in custody solely for the violation of probation or supervised release." Id. at 996. "Rule 32.1 is triggered only when the defendant is taken into federal *custody* for violations of supervised release, not by the issuance of a warrant for the defendant's arrest." Id. (emphasis in original). The Court determines that Defendant is not entitled to a preliminary hearing.

Accordingly, it is now

**ORDERED:**

Defendant's request for a preliminary hearing is **DENIED**. The case shall be bound over to be set for a Final Revocation hearing before the District Court.

**DONE AND ORDERED** at Fort Myers, Florida, this 6th day of March, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of Record
Presiding District Judge
DCCD